# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Chad Crumbaker,
*on behalf of himself and those similarly situated*,　　　　Case No. 2:15-cv-2446

　　　　Plaintiffs,　　　　Judge Graham

　　v.

Parking Solutions, Inc., et al.,

　　　　Defendants.

Order Adopting Report and Recommendation

In this Fair Labor Standards Act suit, the magistrate judge conducted a fairness hearing on August 28, 2017 regarding the proposed collective and class action settlement. The magistrate judge issued a Report and Recommendation on August 29, 2017 finding that:

　　1. Final class certification is appropriate, class counsel is adequate, and Plaintiff Crumbaker is an appropriate class representative.

　　2. The proposed settlement of the class members' state-law claims is "fair, reasonable, and adequate" to all participants and qualifies for approval pursuant to Fed. R. Civ. P. 23(e).

　　3. The settlement of the class members' FLSA resolves a clear and actual dispute resolved in an arm's-length negotiation.

　　4. The service award of $4,000 to Plaintiff Crumbaker is reasonable.

　　5. The attorneys' fees and expenses award of $111,105, which amounts to 21% of the gross potential settlement value, is fair and reasonable.

　　6. The class notice was reasonable and appropriate.

(Doc. 49 at 1-2).

No objections have been filed to the Report and Recommendation. Upon review of the matter, the Court hereby adopts the Report and Recommendation (doc. 49), grants the motion for final approval of the settlement (doc. 45), certifies for settlement purposes the settlement class under

the FLSA and Ohio law, finally approves the form, content and distribution of the class notice and claim form, approves the service award to plaintiff and approves class counsel's request for fees and costs. Counsel shall promptly notify the court when administration of the settlement has been completed, and this action will be dismissed with prejudice upon completion of administration.

s/ James L. Graham<br>
James L. Graham<br>
United States District Judge

Date: September 21, 2017